```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED:  8/20/2021               │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DOROTHEA PERRY, JEAN SEME individually   :
on their own behalf and on behalf of similarly   :
situated former and current employees,   :
    :
                         Plaintiffs,   :
        -against-   :
    :

NEW YORK STATE ATHLETIC COMMISSION,:
KIM SUMBLER, EXEC, DIR., NEW YORK   :
STATE DEPARTMENT OF STATE AND   :
ANTHONY GIARDINA,   :
    :
                      Defendants.   :

------------------------------------------------------------X

21-cv-1967 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 20, 2021, the parties appeared for an initial pretrial conference

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Second Amended Complaint is due by **September 3, 2021**.

2. The fact discovery deadline is **December 31, 2021.**

3. The expert discovery deadline is **February 1, 2022.**

4. A pretrial conference will be held on **January 7, 2022.**  A joint letter is due by

   **December 30, 2021.**

**SO ORDERED.**

**Date:  August 20, 2021**
      **New York, New York**

                                    **VALERIE CAPRONI**
                                    **United States District Judge**