USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DOROTHEA PERRY, JEAN SEME individually
on their own behalf and on behalf of similarly
situated former and current employees,

                      Plaintiffs,

      -against-

NEW YORK STATE ATHLETIC COMMISSION,
KIM SUMBLER, EXEC, DIR., NEW YORK
STATE DEPARTMENT OF STATE AND
ANTHONY GIARDINA,

                      Defendants.
------------------------------------------------------------X

21-cv-1967 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on August 11, 2021, Defendants moved to dismiss Plaintiffs' amended complaint (Dkts. 24, 26);

WHEREAS on September 3, 2021, Plaintiffs filed a Second Amended Complaint (Dkt. 30);

IT IS HEREBY ORDERED THAT:

1. Defendants' motion to dismiss is dismissed as moot.

2. Defendants' motion to dismiss the Second Amended Complaint is due by **October 8, 2021**. Plaintiffs' opposition is due by **November 5, 2021**. Defendants' reply is due by **November 19, 2021.**

The Clerk of Court is directed to close the motions at docket entries 24 and 26.

**SO ORDERED.**

Date: **September 7, 2021**
        **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**