```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DOROTHEA PERRY, JEAN SEME individually :
on their own behalf and on behalf of similarly :
situated former and current employees, :
  :
                                Plaintiffs, :    21-cv-1967 (VEC)
        -against- :
  :     ORDER
NEW YORK STATE ATHLETIC COMMISSION,:
KIM SUMBLER, EXEC, DIR., NEW YORK :
STATE DEPARTMENT OF STATE AND :
ANTHONY GIARDINA, :
  :
                              Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a pretrial conference is scheduled for January 7, 2022, *see* Dkt. 29;

      IT IS HEREBY ORDERED that the pretrial conference will be held on **January 7, 2022 at 10:30 a.m.**  The parties' joint submission is due by **December 31, 2021**. The parties should appear for the conference by dialing 888-363-4749, using the access code 3121171 and the security code 1967.

**SO ORDERED.**

Date:  December 14, 2021
      New York, New York

                                                                    **VALERIE CAPRONI**
                                                                    **United States District Judge**