```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/7/2022___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

Dorothea Perry and Jean Seme,                                    INDEX NO. 21cv1967 (SDA)

             Plaintiffs,                                    **STIPULATION AND
ORDER OF DISMISSAL**

        -against-

New York State Athletic Commission,
Kim Sumbler, Exec, Dir., New York
State Department of State and
Anthony Giardina,

        Defendants.

_____X

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

### BY PLAINTIFF JEAN SEME ONLY

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jean Seme only and Defendants New York State Athletic Commission, Kim Sumbler, New York State Department of State, and Anthony Giardina, by and through their respective and undersigned attorneys who state that they have been authorized to enter into this Stipulation, that the Parties have agreed to amicably resolve any and all claims by Plaintiff Seme against Defendants in this action, including but not limited to claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., New York State Labor Law, and 42 U.S.C. §1983, and have authorized their undersigned counsel to stipulate, consent, and agree to dismiss the instant action with prejudice by Plaintiff Seme only.

The terms of the Parties' Negotiated Settlement Agreement have been reviewed and approved by the Court. No attorneys' fees or costs will be awarded to any party by the Court, except as provided therein.

*Attorney for Plaintiff Jean Seme*

LAW OFFICE OF SUSAN GHIM

By:      /s/ Susan Ghim

       Susan Ghim, Esq.
       244 Fifth Avenue, Suite 1434
       New York, NY 10001
       (646) 889-1011
       ghimlaw@gmail.com

Dated:   3/16/2022

*Attorneys for New York State Athletic
Commission, Kim Sumbler, New York State
Department of State and Anthony Giardina*

GLEASON, DUNN, WALSH & O'SHEA

By:       

       Lisa F. Joslin, Esq.
       40 Beaver Street
       Albany, NY 12207
       (518) 432-7511
       ljoslin@gdwo.net

Dated:   3/16/22

This Court hereby approves the settlement and dismissal of the instant action with prejudice.

SO ORDERED this 7th day of ___June___, 2022

United States Magistrate Judge Stewart D. Aaron